1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

UNITED STATES OF AMERICA,    )    Case No.: 5:23-MJ-00102-DUTY
11                                )
                   Plaintiff,    )    ORDER OF DETENTION PENDING
12                                )    FURTHER REVOCATION
          v.                     )    PROCEEDINGS
13                                )    (FED. R. CRIM. P. 32.1(a)(6); 18
RICKEY ALAN SMITH,               )    U.S.C. § 3143(a)(1))
14                                )
                   Defendant.    )
15  _____)

16        The defendant having been arrested in this District pursuant to a warrant

17  issued by the United States District Court for the <u>Southern</u>     District of

18  <u>California</u>     for alleged violation(s) of the terms and conditions of probation

19  or supervised release; and

20        Having conducted a detention hearing pursuant to Federal Rule of Criminal

21  Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

22  A.  (×)   The defendant has not met his/her burden of establishing by clear and

23              convincing evidence that he/she is not likely to flee if released under 18

24              U.S.C. § 3142(b) or (c).  This finding is based on the following:

25              (×)    information in the Pretrial Services Report and Recommendation

26              (×)    information in the violation petition and report(s)

27              (  )   the defendant's nonobjection to detention at this time

28              (  )   other: _____

1

1    and/ or

2    B. ( )   The defendant has not met his/her burden of establishing by clear and

3    convincing evidence that he/she is not likely to pose a danger to the safety

4    of any other person or the community if released under 18 U.S.C.

5    § 3142(b) or (c).  This finding is based on the following:

6    ( )   information in the Pretrial Services Report and Recommendation

7    ( )   information in the violation petition and report(s)

8    ( )   the defendant's nonobjection to detention at this time

9    ( )   other: _____

10

11   IT THEREFORE IS ORDERED that the defendant be detained pending the further

12   revocation proceedings.

13

14   Dated:  03/07/2023

15   SHASHI H. KEWALRAMANI
     UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28